WE FIGHT THE LAW, P.L.L.C.
17600 NORTHLAND PK CT STE 210
SOUTHFIELD, MICHIGAN 48075

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MATTIE LOUISE BELLARD,**

Plaintiff,

v

**Case No:**
**Hon.**

**FERNDALE POLICE OFFICER STEVE CARROLL**,
**FERNDALE POLICE OFFICER ANDREW WURM,** and
in their individual and official capacities,

Defendants.

---

WE FIGHT THE LAW, PLLC
By: Racine M. Miller (P72612)
Attorneys for Plaintiff
17600 Northland Park Court, Suite 210
Southfield, MI 48075
(248) 443-9030 Fax: (248) 443-9031
racine.michelle@gmail.com

---

**PLAINTIFF'S COMPLAINT AND JURY DEMAND**

NOW COMES the Plaintiff, Mattie Louise Bellard, by and through her attorneys We Fight the Law, PLLC, by Racine Miller, and for her Complaint and Jury Demand against Defendants, states unto this Honorable Court as follows:

INTRODUCTORY AND JURISDICTIONAL STATEMENTS

1. This is an action for money damages brought pursuant to 42 USC §§ 1983 and 1988, and the Fourth and Fourteenth Amendments to the United States Constitution and under the common law of the State of Michigan against these

named Defendants in their individual capacities and/or official capacities. Jurisdiction is based upon 28 USC §§ 1331 and 1343. Pursuant to 28 USC §§ 1391 (b), venue is proper in the Eastern District of Michigan, the judicial district in which a substantial part of the events or omissions giving rise to the claims occurred and in which the Defendants are subject to personal jurisdiction.

2. It is alleged that the Defendants, while acting under color of law and in the scope and course of their employment as police officers, made an unlawful and unreasonable seizure of Plaintiff's person, employed excessive force against Plaintiff, and maliciously caused the prosecution of Plaintiff without legal cause or excuse, thereby violating her rights under the Federal law and her Constitutional rights.

3. As to the negligent conduct of the Defendants, it is alleged that the Defendants caused injuries to Plaintiffs while acting in the course of employment or service or on behalf of their governmental employer and:

a. Defendants were acting or reasonably believed that they were acting within the scope of their authority,

b. the governmental agency was engaged in the exercise or discharge of a governmental function, and

c. the Defendants' conduct amounted to gross negligence that was the proximate cause of the injury or damage.

4. As to the intentional conduct of the Defendants, it is alleged that:

WE FIGHT THE LAW, P.L.L.C.
17600 NORTHLAND PK CT STE 210
SOUTHFIELD, MICHIGAN 48075

d. The acts were undertaken during the course of employment and the employee was acting, or reasonably believed that he was acting, within the scope of his authority,

e. the acts were undertaken with lack of good faith, or were undertaken with malice, and,

f. the acts were not discretionary.

**PARTIES**

5. Mattie Louise Bellard, Plaintiff, was at all times herein a resident of the City of Ferndale, County of Oakland, State of Michigan.

6. Defendants Ferndale Police Officers Steve Carroll and Andrew Wurm were at all times relevant to this Complaint, police officers employed by the City of Ferndale, acting under color of law, and within the scope of authority and course of their employment.

7. Upon information and belief, the individual Defendants reside in the County of Oakland, State of Michigan.

**FACTUAL ALLEGATIONS**

8. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

9. On April 5, 2011 Ferndale police officers, including defendants, responded to a call of a domestic disturbance involving two subjects with no further description.

10. Two females were arrested, one of which was Plaintiff's granddaughter.

WE FIGHT THE LAW, P.L.L.C.
17600 NORTHLAND PK CT STE 210
SOUTHFIELD, MICHIGAN 48075

11. Plaintiff, a 62 year old woman, stood in the street watching, asking officers what happened.

12. Defendant Carroll pushed Plaintiff several times.

13. Defendant Wurm rushed Plaintiff, plowing into her chest with the full weight of his body, and knocked her to the ground.

14. Plaintiff's knees and head hit the pavement, and she immediately became dizzy, everything went fuzzy, and she lost consciousness.

15. Plaintiff was taken to jail, then transported to William Beaumont for chest pains.

16. Plaintiff was diagnosed with facial contusion, concussion, traumatic head injury, subdural hemorrhage/hematoma, bilateral knee injury, left chest wall and breast injury and lumbar sprain resulting from the assault.

17. As the result of the incident, Plaintiff suffered memory problems and stopped working.

18. Plaintiff was charged with resisting, assaulting, obstructing a police officer contrary to MCL 750.81(d)(1).

19. An Order of Acquittal was entered on May 20, 2011.

20. As the direct and proximate result of each Defendant's acts and omissions, Plaintiff suffered injury and damage as more fully set forth below.

WE FIGHT THE LAW, P.L.L.C.
17600 NORTHLAND PK CT STE 210
SOUTHFIELD, MICHIGAN 48075

WE FIGHT THE LAW, P.L.L.C.
17600 NORTHLAND PK CT STE 210
SOUTHFIELD, MICHIGAN 48075

## COUNT I: 42 USC 1983 AGAINST THE INDIVIDUAL DEFENDANTS FALSE ARREST/EXCESSIVE FORCE

21. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

22. By reason of their acts as set forth in the Complaint, the individual Defendants acted under color of state law and with oppression and malice to Plaintiff, to the deprivation of his rights, privileges and immunities secured by the Constitution and laws, to wit;

a. the right not to be deprived of liberty or property without due process of law, as secured by 4th and 14th Amendments to the Constitution of the United States of America;

b. The right to be free from excessive force, and to be secure in his person as provided by the 4th and 14th Amendments to the U.S. Constitution.

23. As a direct and proximate result of the Defendants' conduct, Plaintiff suffered the damages as set forth herein.

## COUNT II: MALICIOUS PROSECUTION UNDER 42 USC 1983

24. Plaintiff realleges each preceding paragraph as if more fully stated herein.

25. Defendants wrongfully initiated and caused the continued prosecution and incarceration of Plaintiff and said prosecution terminated in Plaintiff's favor.

26. Defendants made, influenced and/or participated in the decision to prosecute.

27. There was no probable cause to prosecute.

28. As a consequence of the legal proceedings, the Plaintiff suffered a deprivation of liberty beyond the initial seizure, including continued detention without probable cause.

29. As the direct and proximate cause of Defendants' conduct Plaintiff suffered the injury and damages set forth herein.

**DAMAGES**

30. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

31. As the/a direct and proximate result of the conduct of Defendant, Plaintiff suffered injuries and damages, including, but not limited to:

a. Extreme pain and suffering;
b. Humiliation, embarrassment, shock, fear, outrage;
c. Severe emotional distress and mental injury;
d. Serious physical injury to her body of a permanent and continuing nature;
e. Loss of liberty;
f. Medical expenses;
g. Wage loss;
h. Other economic injury;
i. Other damages currently unascertainable;
j. Exemplary damages and reasonable attorney fees, as provided by court rule and statutes, including but not limited to 42 USC 1988.

WE FIGHT THE LAW, P.L.L.C.
17600 NORTHLAND PK CT STE 210
SOUTHFIELD, MICHIGAN 48075

WHEREFORE Plaintiff respectfully prays that this Honorable Court grant the following relief:

a. award monetary damages for Plaintiff and against Defendants in an amount that is just, fair and reasonable;

b. award punitive and/or exemplary damages;

c. award actual costs, interest and attorneys fees; and

d. grant such other and further relief as is consistent with law and which this Honorable Court deems just and proper.

Respectfully submitted,
WE FIGHT THE LAW, P.L.L.C.

By: /s/ RACINE M. MILLER
ATTORNEYS FOR PLAINTIFF
17600 Northland Park Court Ste 210
Southfield, MI 48075
(248) 443-9030 Fax: (248) 443-9031
e-mail: racine.michelle@gmail.com
(P72612)

Dated: March 28, 2014



**DEMAND FOR TRIAL BY JURY**

NOW COMES the Plaintiff, by and through counsel, and hereby demands a trial by jury of each and every matter at issue in the above-entitled cause.

Respectfully submitted,
WE FIGHT THE LAW, P.L.L.C.
By: /s/ RACINE M. MILLER
ATTORNEYS FOR PLAINTIFF
17600 Northland Park Court Ste 210
Southfield, MI 48075
(248) 443-9030 Fax: (248) 443-9031
e-mail: racine.michelle@gmail.com
(P72612)

Dated: March 28, 2014